# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY SESSUMS, ET AL**<br>**Plaintiffs,**<br><br>vs.<br><br>**SHELL USA, INC., ET AL**<br>**Defendants.** | **CIVIL ACTION NO. 2:24-cv-00104**<br><br>**MAGISTRATE:**<br>**MICHAEL B. NORTH** |

## SHELL OFFSHORE INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant, Shell Offshore Inc. ("Shell"), respectfully seeks leave of Court to file the attached Sur-Reply Memorandum in Support of Motion for Summary Judgment (Exhibit 1). The proposed sur-reply is filed out of an abundance of caution and is limited to a rebuttal to arguments raised within Plaintiffs' proposed Amended and Supplemental Opposition to Summary Judgment (R. Doc. 108-2).[1] Shell's Motion for Summary Judgment is set for hearing before this Honorable Court on March 20, 2025 at 11:00 a.m. The proposed sur-reply will not delay the proceedings, prejudice the parties, or unduly burden the Court.

WHEREFORE, Shell Offshore Inc. prays for an Order granting it leave to file the attached Sur-Reply Memorandum in Support of Motion for Summary Judgment (Exhibit 1).

[*Intentionally left blank – Signature block on following page*]

---

[1] Given that the hearing on Shell's Motion for Summary Judgment is set for March 20, 2025 and the submission date for Plaintiffs' Motion for Leave to File Amended and Supplemental Opposition is April 2, 2025, Shell seeks to file its sur-reply in advance of the summary judgment hearing, out of an abundance of caution. In the event the Court denies Plaintiffs' request for leave, Shell's sur-reply would no longer be necessary.

Dated: March 17, 2025

Respectfully submitted,

**KUCHLER POLK WEINER, LLC**

*/s/Mark E. Best*
JANIKA D. POLK (#27608) T.A.
MARK E. BEST (#29090)
CONNOR J. REINOSO (#38383)
1615 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
Telephone: (504) 592-0691
Facsimile: 1(844) 731-2302
jpolk@kuchlerpolk.com
mbest@kuchlerpolk.com
creinoso@kuchlerpolk.com
***Attorneys for Shell Offshore Inc.***