UNITED STATES DISTICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JEREMY SESSUMS, ET AL**<br>**Plaintiffs,**<br><br>vs.<br><br>**SHELL USA, INC., ET AL**<br>           **Defendants.** | **CIVIL ACTION NO. 2:24-cv-00104**<br><br>**MAGISTRATE:**<br>   **MICHAEL B. NORTH** |

## ORDER

Considering defendant Shell Offshore Inc.'s *Ex Parte* Motion for Leave to File Sur-Reply Memorandum in Support of Motion for Summary Judgment and the record herein,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Shell Offshore Inc.'s Sur-Reply Memorandum in Support of Motion for Summary Judgment shall be filed into the record of these proceedings.

New Orleans, Louisiana this ___ day of March, 2025.

_____
**HON.  MICHAEL B. NORTH**
**UNITED STATES MAGISTRATE JUDGE**